1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN WELCH,<br><br>      Plaintiff,<br><br>      v.<br><br>LUTRONIC AESTHETICS, INC.; and<br>DOES 1 to 50, inclusive,<br><br>      Defendants. | Case No. 5:21-cv-00924-AB-SP<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL AND VACATING ALL DATES** |

The Court having reviewed the parties' Stipulation, **IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(l). All upcoming dates and deadlines are **VACATED**. Each party is to bear their own fees and costs.

Dated: March 17, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE